IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40099
Summary Calendar
_____


CLAUDIS DEAN CARRINGTON,

Plaintiff-Appellant,

versus

CHUCK E. MORRIS, Sheriff;
ANDRES, Dr.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-91-CV-205
- - - - - - - - - -
May 15, 1996
Before GARWOOD, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Claudis Dean Carrington, a Texas state prisoner, appeals
from the district court's grant of summary judgment to the
defendants in his civil rights suit. Carrington has filed with
this court a request to proceed in forma pauperis (IFP) on
appeal. Carrington argues that the defendants denied him
adequate medical care after he fell from a top bunk bed while
incarcerated at the Chambers County Jail. We have reviewed the

[*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

record and conclude that Carrington has not demonstrated that he will present a nonfrivolous issue on appeal.  Accordingly, Carrington's motion to proceed IFP on appeal is DENIED and the appeal is DISMISSED.  See Carson v. Polley, 689 F.2d 562, 586 (5th Cir. 1982); 5th Cir. R. 42.2.